H. T. W. HUNTTING et al., Individually and as Members of the Firm of BLYTH & BONNER, Appellants, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

(Argued June 9, 1930; decided July 8, 1930.)

576

*Otto C. Sommerich, Maxwell C. Katz* and *Raymond T. Heilpern* for appellants.

*Edward F. Spitz* and *William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.